UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL E. MONE<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| DEPARTMENT OF THE NAVY,<br>    Defendant. | )<br>)<br>) |

FILED
IN CLERKS OFFICE
2004 JUL -9 P 12: 11

CASE NUMBER
04-CV-11009-GAO
DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

Kindly enter my Appearance on behalf of the Plaintiff, Michael E. Mone, in the above-captioned matter.

                    Respectfully submitted,

                    MICHAEL E. MONE
                    By his Attorney,

                    */s/ Kathryn P. Hand*
                    Kathryn E. Hand, Esq. (BBO #567197)
                    ESDAILE, BARRETT & ESDAILE
                    75 Federal St.
                    Boston, MA 02110-1904
                    (617) 482-0333

DATED: July 8, 2004

CERTIFICATE OF SERVICE

I, Kathryn E. Hand, of Esdaile, Barrett & Esdaile, attorney for the plaintiff, hereby certify that I have this day served a copy of Notice of Appearance by first class mail, postage prepaid, to counsel for the defendant, as follows:

Hon. Alberto J. Mora
General Counsel for the Department of the Navy
1000 Navy Pentagon
Washington, D.C. 20350-1000

Barbara Healey Smith, Esq.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210

_____
Kathryn E. Hand

Dated: July 8, 2004