UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHEL E. MONE

    Plaintiff,

v.                                                                                                  Civil Action No. 04-11009-NMG

DEPARTMENT OF NAVY

    Defendant
_____/

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

    Defendant Department of the Navy hereby moves for an extension of time, until and including August 20, 2004, to answer or otherwise respond to the Complaint.  As good cause therefor, the undersigned avers that the brief extension is needed in order for counsel to obtain additional information from the agency concerning the document(s) at issue, to determine the circumstances surrounding the creation of the document(s) and, should it be necessary, to obtain declarations from relevant persons about those circumstances.  The undersigned conferred with plaintiff's counsel, Ms Hand, and plaintiff assents to this request and the relief sought therein.

    WHEREFORE defendant asks that this motion be granted and that it be given until August 20, 2004 to respond to the Complaint.

By their attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way, Suite 92
Boston, MA  02210
(617) 748-3263

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2004, I caused a copy of the foregoing to be served by electronic mail and first class mail, postage pre-paid, to plaintiff's counsel of record.
/s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney

Dated: July 27, 2004