UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL E. MONE,                    )
                                    )
        Plaintiff                   )
                                    )    CIVIL ACTION NO. 04-CV-11009-GAO
v.                                  )
                                    )
DEPARTMENT OF THE NAVY,             )
                                    )
        Defendant                   )


PLAINTIFF'S AFFIDAVIT OF COMPLIANCE
UNDER FED. R. CIV. P. 4(i) and LOCAL RULE 4.1

        Purusant to Local Rule 4.1, I, Kathryn E. Hand, attorney for the Plaintiff in the above
matter, make oath and depose as follows:

        1.  That service of process on the Defendant, Department of Navy, was made in
compliance with Fed. R. Civ. P. 4 (i).

        2.  On June 29, 2004, I gave notice to said Defendant by mailing, postage prepaid,
certified mail, return receipt requested, a true copy of the Plaintiff's Complaint and Summons,
addressed as follows:

                        Hon. Alberto J. Mora
                        General Counsel for the Department of the Navy
                        1000 Navy Pentagon
                        Washington, DC 20350-1000

        3.  Attached to this Affidavit is a copy of the Summons, a copy of the letter sent to said
Defendant, and the signed return receipt dated July 8, 2004.

        This statement is made under the pains and penalties of perjury this 9th day of August,
2004.


                        _____
                        Michael E. Mone (BBO No. 351680)
                        Kathryn E. Hand (BBO No. 567197)
                        ESDAILE, BARRETT & ESDAILE
                        75 Federal Street
                        Boston, Massachusetts 02110
                        (617) 482-0333

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Michael E. Mone
    Plaintiff,

       V.

Department of the Navy
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04ᶜᵛ11009 GAO

TO: (Name and address of Defendant)

Honorable Alberto J. Mora
General Counsel of the Department of the Navy
1000 Navy Pentagon
Washington, D.C. 20350-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Mone
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                             DATE     6-29-04

(By) DEPUTY CLERK

## CERTIFICATE OF SERVICE

I, Kathryn E. Hand, of Esdaile, Barrett & Esdaile, attorney for the plaintiff, hereby certify that I have this day served copies of **Plaintiff Michael E. Mone's Complaint,** by sending same certified mail return receipt to counsel for the defendant as follows:

Hon. Alberto J. Mora
General Counsel for the Department of the Navy
1000 Navy Pentagon
Washington, D.C. 20350-1000

_____
Kathryn E. Hand

Dated: 6/29/04

ESDAILE, BARRETT & ESDAILE

*Counselors at Law*
*Seventy-five Federal Street*
*Boston, Massachusetts 02110-1904*

CHARLES W. BARRETT, JR.
JAMES N. ESDAILE, JR.
NORMAN I. JACOBS
MICHAEL E. MONE
PATRICIA L. KELLY
SHAUN SPENCER FORSYTH
RHONDA TRAVER MALONEY
ROBERT J. RUTECKI
STEVEN J. RYAN
C. WILLIAM BARRETT
JON M. JACOBS
KATHRYN E. HAND
SARAH E. O'LEARY
MICHAEL E. MONE, JR.
JOSEPH P. McGINN
WENDIE E. MURSTEIN

(617) 482-0333
Fax (617) 426-2978

J. NEWTON ESDAILE
(1904-2001)

CHARLES J. MURRAY
OF COUNSEL

June 29, 2004

**CERTIFIED MAIL**
**RETURN RECEIPT**

Hon. Alberto J. Mora
General Counsel for the Department of the Navy
1000 Navy Pentagon
Washington, D.C. 20350-1000

Re:    **Michael E. Mone vs. Department of the Navy**
       **United States District Court, Case No.: 04-11009GAO**

Dear Mr. Mora:

Please be advised that the above-captioned case has been commenced against the Department of the Navy. Enclosed herewith is a copy of the Summons and Complaint.

Service of this Summons and Complaint is being made upon you pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.

Very truly yours,

Kathryn E. Hand

KEH/law
Enclosures
cc:   Civil Process Clerk, Attorney General of the United States w/o enclosures
      Civil Process Clerk, United States Attorney w/o enclosures
      Barbara Healey Smith, Assistant U.S. Attorney

2. Article Number

7160 3901 9842 7395 2840

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

1. Article Addressed to:

~~General Counsel for the~~
~~Department of the Navy~~
~~1000 Navy Pentagon~~
~~Washington, D.C. 20350-1000~~

PS Form 3811, January 2003

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

JUL 8 2004

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSEL
WASHINGTON, D.C. 20350

Domestic Return Receipt